**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR00-83T **DATE:** June 15th, 2005
**TITLE OF CASE:** USA v. Frank Corrente

---

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Ryan Jackson**

**COURT REPORTER:** **Angela Reynolds**

**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Richard Rose, AUSA
Terrence Donnelly, AUSA
Donald Lockhart, AUSA

Defendant: Anthony Traini, Esq.
C. Leonard O'Brien, Esq.

Probation: Barry Weiner

---

**PROCEEDINGS:** **Re-Sentencing**

06/15/05: All counsel of record present. Defendant present. Probation present. Court addresses. Defendant argues its sentencing recommendations. Government responds and makes its sentencing recommendations. Defendant allocutes. Court addresses the parties. Court sentences the defendant to 56 months of incarceration as to each count of conviction, to be served concurrently with each other. 2 years of supervised release as to each count of conviction, to be served concurrently. Special Conditions: 75 hours of community service. $75,000.00 Fine; $100 Special Assessment on each count of conviction. Parties agree that all fines have been paid in full.

Recess.