RECEIVED
MAY 10 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

United States District Court
District of Rhode Island

# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR00-83T***

***To:*** ***Warden***
***FMC Devens***
***Ayer, MA 01432***

YOU ARE HEREBY COMMANDED, to have the **body** of **Frank Corrente**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **15th** day of **June, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

[signature]
Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: May 9, 2005.

Re-Sentencing

***By*** [signature: Ernest C. Torres]
***Ernest C. Torres, Chief Judge***

5/10/05