FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR. No. 00-83-02 T
:
FRANK E. CORRENTE :

## MOTION TO CORRECT JUDGMENT

Defendant Frank E. Corrente hereby moves this Honorable Court, pursuant to the provisions of F.R.Crim.P. 36, that the Amended Judgment be corrected to delete the special condition of supervision appearing on page 5 thereof.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
1/12/06

Respectfully submitted,
FRANK E. CORRENTE,
By His Attorney

Anthony M. Traini #4793
56 Pine Street-Suite 2
Providence, RI 02903
Tel. (401) 621-4700
Fax (401) 621-5888

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2005, I served a copy of the foregoing pleading by mail, postage prepaid, upon:

Richard Rose, Esquire
Terrence Donnelly, Esquire
United States Attorney's Office
The Fleet Center
50 Kennedy Plaza – 8th Floor
Providence, RI 02903
Counsel for the United States

Anthony M. Traini