U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: United States | COURT CASE NUMBER: CR 00-083T |
| DEFENDANT: Vincent A. Cianci, Jr., a/k/a "Buddy"; Frank E. Corrente, and Richard E. Autiello | TYPE OF PROCESS: Notice of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Providence Journal

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Assistant US Atty.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish once per week for 3 consecutive weeks in Providence Journal

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael P. Iannotti (signature) | ☒ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 10/12/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kava (signature) | 10/13/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)* | Date of Service: 11/17/05 — Time: am / pm |
| | Signature of U.S. Marshal or Deputy: (signature) |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Advertisement appeared in the Providence Journal 11/3, 11/10 + 11/17/05. Cost: $1,057.14

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

rovidence Journal Company
75 FOUNTAIN STREET
..OVIDENCE, RHODE ISLAND 02902
(401)277-7160 Inquiries
(401)277-7407 Payments

ADVERTISER'S INVOICE AND STATEMENT

FEDERAL I.D.
06-1470361

Ver... by [handwritten initials]

Date 12/13/05

| ACCOUNT NO. | INVOICE NO. | PAGE |
|---|---|---|
| 20926 | 453961 | 1 |
| DATE | ADVERTISERS CODE | |
| 11/30/05 | | |

U S MARSHALL PROVIDENCE
PO BOX 1524
303 FEDERAL BLDG
PROVIDENCE RI 02901

PAYMENT TERMS: DUE BY 12/20/05

CR00-083T

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C I | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 1031 | OPENING BALANCE | | | | | | 1,532 88 | |
| mc 031600 | 1108 | PAYMENT RECEIVED -THANK YOU | | | | | | 1,532 88- | |
| | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| AJ99010003110 3 | 1117 | PN CIANCI 0040 3 | 106 | | 3 3243 | 1,057 14 | | 1,057 14 | |
| | | PO # PN CIANCI | | | | | | | |
| | | 01-FBI-002213 | | | | | | | |

RECEIVED
2005 DEC -7 A 8:29
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

| TOTAL DUE | 1,057 14 |
|---|---|

PAID 1/10/06 PAID PCIS #122/1

CONTRACT INFORMATION (SEE REVERSE SIDE)

| TYPE | END DATE | THIS MONTH | TO DATE |
|---|---|---|---|
| | | | |

ENDING BALANCE BY MONTH

| | |
|---|---|
| NOV 05 | 1,057 14 |

TO ASSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NO. | INVOICE NO. | PAGE | DATE |
|---|---|---|---|
| 20926 | 453961 | 1 | 11/30/05 |

PLEASE REMIT TO:

THE PROVIDENCE JOURNAL COMPANY
Box 81110
Woburn, MA 01813-1110

ENDING BALANCE BY MONTH

| | |
|---|---|
| NOV 05 | 1,057 14 |
| | 1,057 14 |

U S MARSHALL PROVIDENCE
PO BOX 1524
303 FEDERAL BLDG
PROVIDENCE RI 02901

FFRM 1-2000

# ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service, Providence, RI

DATE
10/17/05

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to set solid, without paragraphing, and without any display in tl heading unless otherwise expressly authorized in the specification

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT
Notice of Forf./Cianci

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
3

DATE(s) ADVERTISEMENT APPEARED
11/3, 11/10 & 11/17/05

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

SEE ATTACHED COPY OF ADVERTISEMENT

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6676-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 16, 1966.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

UNITED STATES MARSHALS SERVICE
P.O. BOX 1524
PROVIDENCE, RI 02901-1524

## IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1143-108

# PUBLIC VOUCHER FOR ADVERTISING

| | |
|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>United States Marshals Service | **For Agency Use Only**<br>VOUCHER NUMBER |
| PLACE VOUCHER PREPARED<br>Providence, RI — DATE PREPARED | SCHEDULE NUMBER |
| NAME OF PUBLICATION<br>Providence Journal | PAID BY |
| NAME OF PUBLISHER OR REPRESENTATIVE<br>Providence Journal | |
| ADDRESS (Street, room number, city, State, and ZIP code)<br>72 Fountain Street<br>Providence, RI 02902 | |

## CHARGES

TYPEFACE — (size of type) POINT — PER (inch, square, word, or folio)

| Line Rates | NUMBER OR LINES (Indicate counted or space) | COST PER LINE | TOTAL COST |
|---|---|---|---|
| FIRST INSERTION | | $ | $ |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | |
| TOTAL | | | $ |

| Other Rates | NUMBER OF UNITS (Indicate inch, square, word, folio) | COST PER UNIT | TOTAL COST |
|---|---|---|---|
| FIRST INSERTION | | $ | $ |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | |
| TOTAL | | | |

Att… cop…

**NOTICE OF FORFEITURE**

Notice is hereby given that on August 8, 2002 and June 15, 2005, in the case of **United States v. Vincent A. Cianci, Jr., a/k/a "Buddy", Frank E. Corrente,** and Richard E. Autiello, CR. No. 00-083T, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America, the following:

(1) all of the defendant Frank E. Corrente's interest in the campaign organization known as FRIENDS OF CIANCI, including but not limited to any interest in the $250,000 received by FRIENDS OF CIANCI from members of the Providence Tow Association; and

(2) the interest of the defendant, Vincent A. Cianci a/k/a "Buddy" in the $250,000 received by FRIENDS OF CIANCI from members of the Providence Tow Association.

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal

Thi… specifications and copy, which has been completed.

SIGNATURE OF PUBLISHER OR REPRESENTATIVE

TITLE — DATE

## FOR AGENCY USE ONLY

| | |
|---|---|
| ADVERTISEMENT PUBLISHED IN | DATE PUBLISHED |
| I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment. | |
| SIGNATURE AND TITLE OF CERTIFYING OFFICER | DATE |
| SIGNATURE AND TITLE OF AUTHORIZING OFFICER | DATE |
| ACCOUNTING CLASSIFICATION | PAID BY CHECK NUMBER |

… one person enter "N/A" (not applicable) here.